```
                              United States Bankruptcy Court
                               Western District of Washington
Cowin,
         Plaintiff                                                    Adv. Proc. No. 11-01151-TWD

Merceri,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0981-2           User: davidp              Page 1 of 1              Date Rcvd: Apr 05, 2011
                               Form ID: pdfltd           Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2011.
```
3pd         +Cote Enterprises, Inc., dba Alturas Funding,   c/o Heather Cote, Registered Agent,
              8811 Scenic Green Drive,    Magnolia, TX 77354-6854
3pd         +Heather Cote,   8811 Scenic Green Drive,    Magnolia, TX 77354-6854
3pd          Jane Doe Swenson,   Johann-Georg-Leukfeld-Strasse 8,    37154 Northeim,   GERMANY
3pd         +John Doe Cote,   8811 Scenic Green Drive,    Magnolia, TX 77354-6854
3pd          Lawrence Kenneth Swenson,   Johann-Georg-Leukfeld-Strasse 8,    37154 Northeim,   GERMANY
3pd         +MFI Software Corporation, dba MFI Corporation,   c/o L. Ken Swenson, Jr. Registered Agent,
              1870 The Exchange,   Suite 100,   Atlanta, GA 30339-2021
3pp         +Michelle Catherine Merceri,   14150 NE 20th St Ste F1- 516,   Bellevue, WA 98007-3700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Apr 05 2011 23:47:40     United States Trustee,
              700 Stewart St Ste 5103,   Seattle, WA 98101-4438
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          William C Cowin
dft*        +Michelle Catherine Merceri,   14150 NE 20th St Ste F1- 516,   Bellevue, WA 98007-3700
3pd*        +Michelle Catherine Merceri,   14150 NE 20th St Ste F1- 516,   Bellevue, WA 98007-3700
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**          **Signature:**  *Joseph Speetjens*

| | | | |
|---|---|---|---|
| 1 | Marc S. Stern<br>1825 NW 65th Street | | Hon. Samuel J. Steiner<br>Chapter 7 |
| 2 | Seattle, WA 98117<br>(206) 448-7996 | | |
| 3 | marc@hutzbah.com | | |

4   UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | | |
|---|---|---|---|
| 5 | In re: | ) | |
| | | ) | |
| 6 | Michelle Catherine Merceri, | ) | NO. 10-23826 |
| | Debtor. | ) | |
| 7 | _____ | ) | |
| | William C. Cowin, | ) | |
| 8 | | ) | |
| | Plaintiff, | | |
| 9 | vs. | | ADV. NO. 11-01151 |
| | | ) | |
| 10 | Michelle Catherine Merceri, | ) | |
| | | ) | ORDER TO WITHDRAW DOCUMENTS AND |
| 11 | Defendant - Third Party | ) | PROVIDE FOR REDACTION |
| | Plaintiff | ) | |
| 12 | | ) | |
| | RONALD BROWN, Trustee in | ) | |
| 13 | Bankruptcy in the above referenced | ) | |
| | case and only in said capacity | ) | |
| 14 | | ) | |
| | and JVT, LLC a Washington LLC | ) | |
| 15 | Parties necessary for | ) | |
| | adjudication pursuant BR 7019 | ) | |
| 16 | vs. | | |
| | | ) | |
| 17 | LAWRENCE KENNETH SWENSON | ) | |
| | JR. and JANE DOE SWENSON and | ) | |
| 18 | the marital community composed | ) | |
| | thereof; HEATHER COTE and JOHN | ) | |
| 19 | DOE COTE and the marital | ) | |
| | community composed thereof; MFI | ) | |
| 20 | SOFTWARE CORPORATION, DBA | ) | |
| | MFI CORPORATION;  COTE | ) | |
| 21 | ENTERPRISES, INC., DBA | ) | |
| | ALTURAS FUNDING and John Does | ) | |
| 22 | 1-50 | ) | |
| | | ) | |
| 23 | Third Party Defendants | ) | |

24

25   This matter came on regularly for hearing before the undersigned Judge of the above entitled

26

27   ORDER FOR REDACTION   – 1
     Order to redact.wpd

28

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206)448-7996

1 court upon the Motion of the Defendant for an Order Withdrawing document and providing for

2 redaction .  The court considered the records and files herein, heard the argument of counsel, and,

3 now, deeming itself fully advised in the premises, it is

4       ORDERED that the original attachments are withdrawn and counsel may submitt

5 redacted copies.

6       ORDERED at on the date above docketed.

7

8

                                                  United States Bankruptcy Judge
                                     (Dated as of Entered on Docket date above)

9 Presented by:

10 */s/ Marc S. Stern*
   Marc S. Stern
11 WSBA 8194
   Attorney for

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 ORDER FOR REDACTION   – 2
   Order to redact.wpd

28

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH STREET
SEATTLE, WA 98117
(206)448-7996